**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1319

PRISCILLA HINES,

Plaintiff - Appellant,

versus

UNITED STATES GOVERNMENT, Social Security
Agency Retirement Litigation Branch,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Louise W. Flanagan, Chief
District Judge. (5:04-cv-00726-FL)

Submitted: November 15, 2006          Decided:  November 17, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Priscilla Hines, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Priscilla Hines appeals the district court's order dismissing her complaint seeking social security benefits and denying her mandamus petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hines v. United States</u>, No. 5:04-cv-00726-FL (E.D.N.C. Jan. 26, 2006). We deny Hines' motion for judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>